UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OZHAWAASKOO GIISHIG
a/k/a GUY GREENE,                         Civil No. 09-2442 MJD/AJB

      Plaintiff,

      v.                                        O R D E R

SHERBURNE COUNTY SOCIAL
SERVICES, and CAL LUDEMAN,

      Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated October 15, 2009, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is DENIED; and

2. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DATED: November 13, 2009.

                                                   s/Michael J. Davis
                                                   Chief Judge Michael J. Davis
                                                   U. S. District Court